FILED
JAN 1 3 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-143-RLH (PAL) |
| ) | |
| SKIP YOUNG, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on March 26, 2010, that SKIP YOUNG shall pay a criminal forfeiture money judgment of $463,849.95 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). #28.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SKIP YOUNG a criminal forfeiture money judgment in the amount of $463,849.95 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 13 day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE