UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

SKIP YOUNG,

Defendant.

Case No. 2:08-cr-00143-RLH-PAL-1

**CLARIFICATION ORDER**

This matter is before the Court[1] to clarify the Judgment previously entered in this criminal case (ECF No. 44 ("Judgment")), following the sentencing held on January 17, 2012. Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment. The Court thus finds good cause exists to clarify the Judgment and modify the restitution order as to the co-conspirators that went unidentified in Defendant Skip Young's original Judgment (ECF No. 44) as well as to the name of the proper FDIC receivership.

It is therefore ordered that Defendant Skip Young's liability is joint and several with the following co-conspirators: Steven Grimm (2:08-cr-00064-JCM-EJY-1), Eve Mazzarella (2:08-cr-00064-JCM-EJY-2), Melissa R. Beecroft (2:08-cr-00064-JCM-EJY-3), and Theresa Marcianti (2:11-cr-00452-APG-CWH -1). The proper FDIC receivership as to the Judgment is:

    FDIC as Trustee for AmTrust Bank

    FDIC Restitution Payments

    P.O. Box 971774

    Dallas, Texas 75397-1774

It is further ordered that that Defendant must make restitution to the following payee(s) listed below:

---

[1] This matter came to me in my capacity as Chief Judge.

**Name of Payee:** New York Community Bank

615 Merrick Avenue

Westbury, NY 11590

**Amount of Restitution:** $433,000.00

**Name of Payee:** FDIC as Trustee for AmTrust Bank

FDIC Restitution Payments

P.O. Box 971774

Dallas, Texas 75397-1774

**Amount of Restitution:** $74,379.82

**Total Amount of Restitution ordered: $507,379.82. (Due Jointly and Severally with above Co-Conspirators). The Restitution amount of $507,379.82 does not include any payments receipted by the Court.**

DATED THIS 25th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE